THE SOUTH AMERICAN SECURITIES COMPANY and LUDIVICO SCHAFER, Respondents, *v.* JOHN JAY MCKELVEY, Appellant, Impleaded with ELIAS M. JOHNSON, Defendant.

First Department, March 23, 1917.

See head note in *South American Securities Co.* v. *McKelvey* (*ante*, p. 729).

APPEAL by the defendant, John Jay McKelvey, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 13th day of February, 1917, denying his motion to vacate an order for his examination before trial.

*Charles P. Howland*, for the appellant.

*M. Robert Moers*, for the respondents.

SMITH, J.:

The order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs against the South American Securities Company, without prejudice to any application which may be made by plaintiff Schafer for any relief to which he may deem himself entitled, upon opinion in *South American Securities Co.* v. *McKelvey* (176 App. Div. 729).

CLARKE, P. J., LAUGHLIN, SCOTT and SHEARN, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs against the South American Securities Company, without prejudice to application by plaintiff Schafer for any relief to which he may deem himself entitled